■ In the Matter of JAMES BAKER, Respondent, v MELISSA SHULER, Appellant. [608 NYS2d 925] —Order unanimously affirmed without costs for reasons stated in decision at Genesee County Family Court, Graney, J. (Appeal from Order of Genesee County Family Court, Graney, J.—Custody.) Present —Denman, P. J., Callahan, Lawton and Davis, JJ.

■ GERARD NOETH et al., Appellants, v XEROX CORPORATION, Respondent. [608 NYS2d 926] —Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Wisner, J. (Appeal from Order and Judgment of Supreme Court, Monroe County, Wisner, J.—Summary Judgment.) Present—Denman, P. J., Callahan, Lawton and Davis, JJ.